**U.S. District Court**
**Northern District of Florida (Tallahassee)**
**CRIMINAL DOCKET FOR CASE #: 4:21-mj-00087-MAF All Defendants**
**Internal Use Only**

Case title: USA v. MEDINA
Other court case number: 21MAG3749 SDNY

Date Filed: 05/06/2021

---

Assigned to: MAGISTRATE JUDGE MARTIN A FITZPATRICK

**Defendant (1)**

**JOSE MEDINA**

represented by **JOSEPH FRANS DEBELDER**
FEDERAL PUBLIC DEFENDER OFFICE - TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850-942-8818
Fax: 850-942-8809
Email: joseph_f_debelder@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1951.F | |

---

**Plaintiff**

**USA** represented by **MICHELLE K SPAVEN**
DOJ-USAO
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FLOOR
TALLAHASSEE, FL 32301
850-216-3828
Email: michelle.spaven@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2021 | | Arrest (Rule 40) of JOSE MEDINA (amm) (Entered: 05/06/2021) |
| 05/06/2021 | 1 | Copy of Complaint as to JOSE MEDINA from SDNY, 21MAG3749 (Attachments: # 1 Arrest Warrant) (amm) (Entered: 05/06/2021) |
| 05/06/2021 | 2 | Minute Entry for proceedings held before MAGISTRATE JUDGE MARTIN A FITZPATRICK: Initial Appearance in Rule 5(c)(3) Proceedings as to JOSE MEDINA held on 5/6/2021 (Court Reporter DCR TLH.) (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 3 | CJA 23 Financial Affidavit by JOSE MEDINA (PDF sealed per Privacy Policy) (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to JOSE MEDINA. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 5/6/2021. (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 5 | BRADY v. MARYLAND NOTICE as to JOSE MEDINA. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 5/6/2021. (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 6 | WAIVER of Rule 5 Hearings by JOSE MEDINA. (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 7 | ORAL MOTION FOR DETENTION by USA as to JOSE MEDINA. (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 8 | ORDER OF TEMPORARY DETENTION and REMOVAL as to JOSE MEDINA (1). Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 5/6/2021. (amm) (Entered: 05/10/2021) |
| 05/06/2021 | 9 | COMMITMENT TO ANOTHER DISTRICT as to JOSE MEDINA. Defendant committed to SDNY. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 5/6/2021. (amm) (Entered: 05/10/2021) |

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON REMOVAL

**Case No. 4:21mj87-MAF** **Date: May 6, 2021**

---

**Docket Entry: IA Removal** **1:07 - 1:14 pm**

- **Public Defender Appointed**
- **Defendant waives all hearings in arresting district, reserving right to hearings in charging district**
- **Defendant ordered removed to the SDFL**

---

**PRESIDING: Martin A. Fitzpatrick, United States Magistrate Judge**

| Angie Maxwell | Janet Williams | DCR TLH | Michelle Spaven |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst US Attorney |

---

**USA v Defendant listed below:** **Attorney for Defendant:**

**JOSE MEDINA**
X present X custody __OR

**Joseph DeBelder**
X present X appointed _retained

X Defendant advised that he/she is before a US Magistrate Judge

X Defendant advised of charges, penalties and fines

X Defendant advised of right to remain silent and consult with an attorney before making any statement

X Defendant advised of his right to hire counsel

X Defendant executes a CJA Form 23 and swears that it is accurate

X Order appointing Public Defender entered

____ Deft waived counsel to be present at hearing

____ Defendant retained his/her own counsel:__________________

____ Advised of right to a preliminary hearing

____ Preliminary hearing scheduled for__________________________

____ Preliminary hearing waived

X Defendant advised of his/her right to bail

X Government moves for pretrial detention

____ Detention hearing scheduled for ____________________

____ Detention hearing held - see separate minutes

____ Defendant released on order

_X_ Defendant detained (see order)

_X_ Advised of right to an identity hearing

____ Identity hearing held

_X_ Identity hearing waived

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **Case No. 4:21mj87-MAF**

**JOSE MEDINA,**

**Defendant.**
_________________________________/

**<u>ORDER APPOINTING FEDERAL PUBLIC DEFENDER</u>**

Defendant has shown by sworn evidence that he qualifies for appointment of counsel. Accordingly, it is **ORDERED** that RANDOLPH P. MURRELL, Federal Public Defender, 227 N. Bronough Street, Room 4200, Tallahassee, Florida 32301, (850) 942-8818, is appointed to represent this defendant. If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order. The pretrial service officer is hereby authorized to provide copies of the pretrial service report including the Defendant's criminal history to both parties.

**DONE AND ORDERED** on May 6, 2021.

**s/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.** **Case No. 4:21mj87-MAF**

**JOSE MEDINA,**

**Defendant.**

________________________________________/

## ***BRADY v. MARYLAND* NOTICE**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the Defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The Government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**DONE AND ORDERED** on May 6, 2021.

**s/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE MEDINA<br>*Defendant* | ) | Case No. 4:21mj87-MAF<br>Charging District's Case No. 21 MAG 3749 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of New York.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/6/2021

Jose Medina
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Joseph F. DeBelder
*Printed name of defendant's attorney*

FILED IN OPEN COURT THIS
May 6, 2021
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

6

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**

**JOSE MEDINA,**

**Defendant.**

______________________________/

**Case No. 4:21mj87-MAF**

**Charging District Case No. 21 MAG 3749**

## ORDER OF TEMPORARY DETENTION and REMOVAL

The Government has moved for detention pending trial pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). Defendant, represented by counsel, has reserved the right for a detention and preliminary hearing upon arrival in the charging district and has waived a removal hearing.

Accordingly, it is **ORDERED** that pending this hearing, the defendant shall be held in custody by the United States Marshal and shall be removed to the Southern District of New York for all further proceedings.

**DONE AND ORDERED** on May 6, 2021.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSE MEDINA | ) | Case No. 4:21mj87-MAF |
| *Defendant* | ) | Charging District's<br>Case No. 21 MAG 3749 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of New York, *(if applicable)* ________ division. The defendant may need an interpreter for this language: NA.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 05/06/2021

s/ Martin A. Fitzpatrick
*Judge's signature*

Martin A. Fitzpatrick, United States Magistrate Judge
*Printed name and title*